IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINCOLN SQUARE 1766 ASSOCIATES, LLC, <br> **Plaintiff,** <br><br> v. <br><br> GREAT AMERICAN INSURANCE COMPANY, <br> **Defendant.** | CIVIL ACTION <br><br><br> NO.  20-4003 |

## O R D E R

**AND NOW**, this 23rd day of October, 2020, upon consideration of Defendant's Rule 12(b)(1) Motion to Dismiss or, in the Alternative, Stay (Document No. 3, filed Aug. 20, 2020) and Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss, or in the Alternative, Stay Pursuant to Fed. R. Civ. P. 12(b)(1) (Document No. 5, filed Sept. 3, 2020), for the reasons stated in the Memorandum dated October 22, 2020, **IT IS ORDERED** that defendant's Motion to Dismiss is **DENIED**.

**IT IS FURTHER ORDERED** that a preliminary pretrial conference will be scheduled in due course.

BY THE COURT:

/s/ Hon. Jan E. DuBois

DuBOIS, JAN E., J.